COMMONWEALTH of Pennsylvania,
Appellee,

v.

DeWayne JACKSON, Appellant.

Supreme Court of Pennsylvania.

Argued Sept. 22, 2004.

Decided Oct. 7, 2004.

William C. Kaczynski, Pittsburgh, for DeWayne Jackson.

Sandra Preuhs, Pittsburgh, for Com. of Pa.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Chief Justice CAPPY and Justice NIGRO dissent.